# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANA MARIA HAZLETON,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:10-cv-342-Orl-31DAB**

**THE CITY OF ORLANDO, CHIEF VAL DEMINGS, FERNANDO TRINIDAD, FRANK SIKOS, BRANDON LOVERDE, and EDWARD ALBINO,**

        **Defendants.**

_____

## ORDER OF RECUSAL

The instant case involves an excessive force claim involving members of the Orlando Police Department. Consistent with my order of January 20, 2010 in *Patrone v. City of Orlando*, 6:08-cv-1686, I hereby recuse myself *sua sponte*. The Clerk is directed to reassign this case to another Judge of this court.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 8, 2010.

                                                              GREGORY A. PRESNELL
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record