IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:10-CV-342-ORL-36-DAB

ANA MARIA HAZLETON,

    Plaintiff

vs.

THE CITY OF ORLANDO, a municipal
corporation and political subdivision of the
State of Florida; FERNANDO TRINIDAD, individually;
FRANK SIKOS, individually; and
EDWARD ALBINO, individually;

    Defendants.

_____/

## VERDICT

On the claims of the Plaintiff, Ana Maria Hazleton, against Defendants, City of Orlando, Fernando Trinidad, Frank Sikos and Edward Albino, do you find:

1. That the Plaintiff, Ana Maria Hazleton, has proved by the preponderance of the evidence that the conduct of the Defendants was the proximate or legal cause of damages sustained by the Plaintiff, Ana Maria Hazleton, for the reasonable cost of medical care?

    Yes ✓        No _____

If your answer is Yes, in what amount?   $ 3015.79

2. That the Plaintiff, Ana Maria Hazleton, has proved by the preponderance of the evidence that the conduct of the Defendants was the proximate or legal cause of damages sustained by the Plaintiff, Ana Maria Hazleton, for the reasonable cost of legal fees and defense costs?

Yes ✓    No ___

If your answer is Yes, in what amount?   $ 6,100.00

3. That the Plaintiff, Ana Maria Hazleton, has proved by the preponderance of the evidence that the conduct of the Defendants was the proximate or legal cause of damages sustained by the Plaintiff, Ana Maria Hazleton, for lost wages?

Yes ✓    No ___

If your answer is Yes, in what amount?

a. Total damages for past lost wages        $ 6,500.00

b. Total damages over future years          $ 0

c. Number of years over which those future damages are intended to provide compensation

   0

d. Present value of those future damages    $ 0

2

4. That the Plaintiff, Ana Maria Hazleton, has proved by the preponderance of the evidence that the conduct of the Defendants was the proximate or legal cause of damages sustained by the Plaintiff, Ana Maria Hazleton, for scarring, pain and suffering, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect or loss of capacity for the enjoyment of life, and loss of reputation?

Yes ✓    No ____

If your answer is Yes, in what amount?

a. Total damages for past years          $ 65,000.00

b. Total damages over future years       $ 0

c. Number of years over which those future damages are intended to provide compensation
                                         0

d. Present value of those future damages $ 0

## Punitive Damages

5. That the Plaintiff, Ana Maria Hazleton, has proved by clear and convincing evidence that punitive damages are warranted against:

**Frank Sikos**                          Yes ✓   No __

3

If you have elected not to assess punitive damages then you should skip the remaining questions and sign and date the verdict form. If, however, you have elected to assess punitive damages against **Frank Sikos**, you must also answer the following questions:

6. At the time of loss, injury or damage to **Ana Maria Hazleton**, did **Frank Sikos** have a specific intent to harm **Ana Maria Hazleton**, and did the conduct of **Frank Sikos** in fact harm **Ana Maria Hazleton**?

**Frank Sikos**             Yes ✓    No ____

7. What is the amount of punitive damages that **Ana Maria Hazleton** has proved by the preponderance of the evidence?

$ 8,000.00

SO SAY WE ALL, this 25th day of April, 2013.

_____
FOREPERSON

4